# ORIGINAL

## In the United States Court of Federal Claims

No. 15-1418C
(Filed October 17, 2016)
NOT FOR PUBLICATION

FILED

OCT 1 7 2016

U.S. COURT OF
FEDERAL CLAIMS

```
* * * * * * * * * * * * * * * * * * * * * * * *
                                             *
                                             *
RON HADDAD, Jr.,                             *
                                             *
                Plaintiff,                   *
        v.                                   *
                                             *
THE UNITED STATES,                           *
                                             *
                Defendant.                   *
                                             *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER

The Clerk's office has received several documents submitted by plaintiff, which were not filed when received because they did not appear to be of a type recognizable for filing under our rules. The first document, received on February 9, 2016, is styled a request for an "emergency extraordinary writ of præcipe." Upon review, it seems to be a motion to add Judge Virginia M. Kendall as a defendant in this case, and shall be filed as such. The motion is **DENIED**, as the United States is the only proper defendant in complaints filed in our court. *See* RCFC 10(a); *see also Stephenson v. United States*, 58 Fed. Cl. 186, 190 (2003).

The next two documents were received on February 12, 2016. Each bears a title beginning with the words "emergency notice." One, dated January 23, 2016, alleges that plaintiff was wrongly told that his monthly commissary spending limit had been reached, and that he was coerced by a prison official to sign two forms. This document shall be filed as a status report. The other document, dated January 24, 2016, appears to be a motion for an injunction, and shall be filed as such. Mister Haddad requests that this court prohibit the individuals who are named in his complaint from participating in his cases in the U.S. District Court for the Northern District of Illinois and the Seventh Circuit. Our court does not possess such power and accordingly the motion is **DENIED**.

The fourth document, received on February 29, 2016, is called an "order" by plaintiff. It appears that this document, accompanied by attachments pertaining to

some of his cases in other courts, is intended to inform this court of Mr. Haddad's contention that he has succeeded in these other cases by default. The document may be considered a status report and shall be filed as such.

The fifth document, received on April 15, 2016, is also styled a "notice." In this document, Mr. Haddad maintains that the defendants in two of his cases in the district court have defaulted. The document may be considered a status report and shall be filed as such.

**IT IS SO ORDERED.**

_____
VICTOR J. WOLSKI
Judge